AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00119 |
| William Wilkerson | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 6/6/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __William Wilkerson__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings..

Date: 06/07/2023                                *M.A. Upadhyaya*
                                               *Issuing officer's signature*

City and state:   Washington, D.C.             Moxila A. Upadhyaya U.S. Magistrate Judge
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/7/2023, and the person was arrested on *(date)* 6/8/2023
at *(city and state)* Mitchell, IN

Date: 6/8/2023                                 *J. Miller*
                                               *Arresting officer's signature*

                                               John A. Miller  Special Agent FBI
                                               *Printed name and title*