UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.          )<br>)<br>WILLIAM WILKERSON,      )<br>                Defendant.    ) | Crim No. 1:23-mj-119 (MAU) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of William H. Dazey, Jr., Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: July 12, 2023

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on July 12, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*William H. Dazey, Jr.*
William H. Dazey, Jr.